**James REGAN, Relator,**

v.

**VOA NATIONAL HOUSING CORPORATION, et al., Respondents.**

No. C2–01–130.

Supreme Court of Minnesota.

April 6, 2001.

Carl J. Sommerer II, Minneapolis, for relator.

Philip C. Warner, Minneapolis, for respondents.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 20, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
/s/ Russell A. Anderson
    Associate Justice